# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 05-77436 MLB |
|---|---|---|
| FANT, CHRISTOPHER SHAWN | § | |
| FANT, TINA ANN | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor

       Leaving a balance on hand of                              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was            . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 05-77436 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | FANT, CHRISTOPHER SHAWN | Date Filed (f) or Converted (c): | 10/15/05 (f) |
|  | FANT, TINA ANN | 341(a) Meeting Date: | 12/19/05 |
| For Period Ending: | 08/10/09 | Claims Bar Date: | 03/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 69,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Child support arrearages | 12,552.00 | 0.00 | DA | 0.00 | FA |
| 7. 1997 Chevrolet Van | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 1994 Chevrolet truck | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 1996 Pontiac Grand Prix | 1,710.00 | 0.00 | DA | 0.00 | FA |
| 10. Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Personal injury (u) | 180,000.00 | 100,000.00 |  | 100,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 2.12 | FA |

TOTALS (Excluding Unknown Values)    $268,962.00    $100,000.00        $100,002.12

Gross Value of Remaining Assets    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The personal injury matter has been settled for the sum of $100,000. It has not been approved by the court, however, trustee is working with special counsel to resolve the lien claims. It is expected that a Motion to Compromise will be filed within the next 60 days. After paying off the liens, the exemption claim and the expenses of special counsel, there will be about $15,000 in the estate.

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TFR (4/1/2009)  *(Page: 3)*

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-77436 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | FANT, CHRISTOPHER SHAWN | | Bank Name: | BANK OF AMERICA, N.A. |
| | FANT, TINA ANN | | Account Number / CD #: | *******1237 MONEY MARKET |
| Taxpayer ID No: | *******4586 | | | |
| For Period Ending: | 08/10/09 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 11 | COUNTRY MUTUAL INSURANCE COMPANY POB 2100 Bloomington, IL 61702 | SETTLEMENT PROCEEDS: PI CLAIM | 1242-000 | 100,000.00 | | 100,000.00 |
| 07/15/09 | 001000 | David D. Tess Tess & Redington POB 68 Rochelle, IL 61068 | Attorney Fees | 3210-600 | | 33,000.00 | 67,000.00 |
| 07/15/09 | 001001 | David D. Tess Tess & Redington POB 68 Rochelle, IL 61068 | EXPENSES: TRUSTEE'S ATTORNEY | 3220-610 | | 772.50 | 66,227.50 |
| 07/15/09 | | Transfer to Acct #*******1431 | Bank Funds Transfer | 9999-000 | | 33,860.25 | 32,367.25 |
| 07/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 2.12 | | 32,369.37 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 100,002.12 | 67,632.75 | 32,369.37 |
| Less: Bank Transfers/CD's | 0.00 | 33,860.25 | |
| Subtotal | 100,002.12 | 33,772.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 100,002.12 | 33,772.50 | |

Page Subtotals    100,002.12    67,632.75

Ver: 14.31c

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 4)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 05-77436 -MLB |
| Case Name: | FANT, CHRISTOPHER SHAWN |
| | FANT, TINA ANN |
| Taxpayer ID No: | *******4586 |
| For Period Ending: | 08/10/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1431  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/09 | | Transfer from Acct #*******1237 | Bank Funds Transfer | 9999-000 | 33,860.25 | | 33,860.25 |
| 07/15/09 | 000100 | Lundholm Surgical Group | PAYMENT OF MEDICAL LIEN | 2990-000 | | 4,753.50 | 29,106.75 |
| | | 1340 Charles St. | | | | | |
| | | Rockford, IL  61104 | | | | | |
| 07/15/09 | 000101 | Ogle County Physical Therapy | PAYMENT OF LIEN | 2990-000 | | 6,574.50 | 22,532.25 |
| | | 8725 N. IL Route 2 | | | | | |
| | | Byron, IL  61010 | | | | | |
| 07/15/09 | 000102 | SwedishAmerican Hospital | Payment of Lien | 2990-000 | | 12,790.25 | 9,742.00 |
| | | 1401 E. State St. | | | | | |
| | | Rockford, IL  61104 | | | | | |
| 07/15/09 | 000103 | American Family Insurance Group | PAYMENT OF LIEN | 2990-000 | | 1,500.00 | 8,242.00 |
| | | 6000 American Parkway | | | | | |
| | | Madison, WI  53783-0001 | | | | | |
| 07/15/09 | 000104 | Northern Illinois Imaging | Settlement Proceeds - medical | 2990-000 | | 742.00 | 7,500.00 |
| | | POB 1733 | | | | | |
| | | Rockford, IL  61110-0233 | | | | | |
| 07/15/09 | 000105 | Christopher S. Fant and Tina A. Fant | DEBTOR'S EXEMPTION | 8100-002 | | 7,500.00 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 33,860.25 | 33,860.25 | 0.00 |
| | Less: Bank Transfers/CD's | 33,860.25 | 0.00 | |
| | Subtotal | 0.00 | 33,860.25 | |
| | Less: Payments to Debtors | | 7,500.00 | |
| | Net | 0.00 | 26,360.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********1237 | 100,002.12 | 33,772.50 | 32,369.37 |
| GENERAL CHECKING - ********1431 | 0.00 | 26,360.25 | 0.00 |
| | 100,002.12 | 60,132.75 | 32,369.37 |
| Page Subtotals | 33,860.25 | 33,860.25 | |

Ver: 14.31c

LFORM24

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 05-77436 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | FANT, CHRISTOPHER SHAWN | | Bank Name: | BANK OF AMERICA, N.A. |
| | FANT, TINA ANN | | Account Number / CD #: | *******1431  GENERAL CHECKING |
| Taxpayer ID No: | *******4586 | | | |
| For Period Ending: | 08/10/09 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 14.31c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 05-77436 | | Page 1 | | Date: August 10, 2009 |
| Debtor Name: | FANT, CHRISTOPHER SHAWN | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $8,850.00 | $0.00 | $8,850.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $118.94 | $0.00 | $118.94 |
| 999 8200-00 | CHRISTOPHER SHAWN FANT<br>104 S ELM ST<br>DAVIS JUNCTION, IL  61020-9405 | Unsecured | | $6,351.58 | $0.00 | $6,351.58 |
| 000001 070 7100-00 | Allied Business Accounts, Inc.<br>Bankruptcy Department<br>PO Box 1600<br>Clinton, IA 52733 | Unsecured | | $967.05 | $0.00 | $967.05 |
| 000002 070 7100-00 | Rockford Mercantile Agency<br>Attn: Bankruptcy Department<br>2502 S. Alpine Rd.<br>Rockford, IL 61108 | Unsecured | | $7,204.44 | $0.00 | $7,204.44 |
| | Case Totals: | | | $23,492.01 | $0.00 | $23,492.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-77436 MLB
Case Name: FANT, CHRISTOPHER SHAWN
            FANT, TINA ANN
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $_____ | $_____ |
| Attorney for trustee: MCGREEVY WILLIAMS | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Allied Business Accounts, Inc.* | $ | $ |
| *000002* | *Rockford Mercantile Agency* | $ | $ |
| | | $ | $ |

Late filed general (unsecured) claims are as follows:

*Claim Number*     *Claimant*                         *Allowed Amt. of Claim*     *Proposed Payment*

_____      _____     $_____     $_____

_____      _____     $_____     $_____

_____      _____     $_____     $_____

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*     *Claimant*                         *Allowed Amt. of Claim*     *Proposed Payment*

_____      _____     $_____     $_____

_____      _____     $_____     $_____

_____      _____     $_____     $_____

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.