# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: § Case No. 05-77436 MLB
FANT, CHRISTOPHER SHAWN §
FANT, TINA ANN §
　　　　Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 100,002.12 |
| *and approved disbursements of* | $ | 67,632.75 |
| *leaving a balance of* | $ | 32,369.37 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $　　7,557.53 | $　　　0.00 |
| *Attorney for trustee: MCGREEVY* | | |
| *WILLIAMS* | $　　8,850.00 | $　　118.94 |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |

UST Form 101-7-NFR (4/1/2009) *(Page: 1)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Charges:* | | $ | $ |
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,171.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 116.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Allied Business Accounts, Inc. | $ 967.05 | $ 1,123.24 |
| 000002 | Rockford Mercantile Agency | $ 7,204.44 | $ 8,368.08 |
|  |  | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,351.58 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  9:30 AM  on  09/14/2009  in Courtroom  115 ,
United States Courthouse

211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/18/2009     By:/s/DANIEL M. DONAHUE
                                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903, ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 2                   Date Rcvd: Aug 19, 2009
Case: 05-77436                Form ID: pdf006             Total Noticed: 43

The following entities were noticed by first class mail on Aug 21, 2009.
db/jdb        Christopher Shawn Fant,    Tina Ann Fant,    104 Elm St,    Davis Junction, IL  61020
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL  61132-2903
aty          +Lesley A Hoenig,    Lesley A. Hoenig, Attorney at Law,    101 West Illinois Avenue,    Suite 1,
               Morris, IL  60450-2292
aty          +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL  60603-5920
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL  61132-2903
10335144     +Allied Business Accounts, Inc.,    Bankruptcy Department,    PO Box 1600,   Clinton, IA  52733-1600
10335157     +CBE Group, Inc,    c/o Joseph R Baumgart, MD,    PO Box 3251,    Milwaukee, WI  53201-3251
10335154     +CMI,    Attn: Bankrupcty Dept.,    4200 International Parkway,    Carrollton, TX  75007-1930
10335162     +Corst Credit,    Attn: Bankruptcy Dept.,    1300 N. 7th Street,    Rochelle, IL  61068-1184
10335158     +Defiance Clinic,    c/o Credit Adjustments,    330 Florence St.,    Defiance, OH  43512-2512
10335141     +Dennis A. Brebner & Associates,    Bankruptcy Department,    860 North Point Blvd.,
               Waukegan, IL  60085-8211
10335149     +DirecTV,    Attn: Bankruptcy Dept.,    PO Box 9001069,    Louisville, KY  40290-1069
10335123     +Grant Park Auto Sales,    Bankruptcy Department,    908 Broadway,    Rockford, IL  61104-4810
10470824     +Grant Park Auto Sales Inc,    % Thomas D Luchetti PC,    6838 E State Street  Ste 307,
               Rockford, Il  61108-4608
10335126     +Heights Finance,    Bankruptcy Department,    PO Box 623,    Rochelle, IL  61068-0623
10335121     +Heights Finance Corporation,    Attn: Bankruptcy Dept.,    PO Box 623,    Rochelle, IL  61068-0623
10335125      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
10335131     +Kishwaukee Community Hospital,    Attn: Bankruptcy Dept.,    PO Box 846,    DeKalb, IL  60115-0846
10335146     +Lundholm Surgical,    Attn: Bankruptcy Department,    1340 Charles St.,    Rockford, IL  61104-2299
10335153     +Mediacom,    Bankruptcy Department,    609 S. Fourth St.,    Chillicothe, IL  61523-2267
10335139     +Mutual Management,    Attn: Bankruptcy Department,    401 E State Street,    Rockford, IL  61104-1027
10335137     +Mutual Management Services,    Attn: Bankruptcy Dept.,    401 E. State St., 2nd Floor,
               Rockford, IL  61104-1027
10335148      NCO Financial Systems, Inc,    Bankruptcy Department,    1000 Constitution Ave.,
               Upper Darby, PA  19082-2230
10335129     +Nancy Mindrup,    Attn: Bankruptcy Dept.,    One Court Place,    Suite 101,
               Rockford, IL  61101-1088
10335135     +Northern Illinois Scanning,    c/o Mutual Mgmt Serv.,    401 E. State St.,
               Rockford, IL  61104-1027
10335159     +Northern illinois Imaging,    Attn: Bankruptcy Dept.,    PO Box 1733,    Rockford, IL  61110-0233
10335151     +OSF Saint Anthony Medical Ctr,    Bankruptcy Dept,    PO Box 5065,    Rockford, IL  61125-0065
10335150     +Office Services CR,    Bankruptcy Department,    2675 Breckinridge,    Duluth, GA  30096-8931
10335145      Ogle County Treasurer,    Ogle County Courthouse,    PO Box 40,    Oregon, IL  61061-0040
10335122      Option One Mortgage,    Bankruptcy Department,    PO Box 92103,    Los Angeles, CA  90009-2103
10335132     +Pellettieri & Associates,    Bankruptcy Department,    991 Oak Creek,    Lombard, IL  60148-6408
10335134     +Professional Collection Serv.,    Bankruptcy Department,    103 N. Chicago, #210, Box 76,
               Freeport, IL  61032-4100
10335142     +Rochelle Community Hospital,    Attn: Bankruptcy Dept.,    900 N. 2nd St.,
               Rochelle, IL  61068-1717
10335160     +Rockford Anesthesiologists,    Attn: Bankruptcy Dept.,    PO Box 4569,    Rockford, IL  61110-4569
10335130     +Rockford Mercantile Agency,    Attn: Bankruptcy Department,    2502 S. Alpine Rd.,
               Rockford, IL  61108-7813
10335161     +Rockford Pathologist,    Attn: Bankruptcy Dept.,    Po Box 15785,    Loves Park, IL  61132-5785
10335127    ++SECURITY FINANCE CENTRAL BANKRUPTCY,    209 DAWSON RD,    STE 4B,    COLUMBIA SC  29223-1740
             (address filed with court: Security Finance,     Attn: Bankruptcy Department,    430 Linclon Hwy,
               Rochelle, IL  61068)
10335128    ++SECURITY FINANCE CENTRAL BANKRUPTCY,    209 DAWSON RD,    STE 4B,    COLUMBIA SC  29223-1740
             (address filed with court: Security Finance,     Attn: Bankruptcy Department,    430 Lincoln Hwy,
               Rochelle, IL  61068)
10335133     +Stephen L. Woodrick, DDS,    Attn: Bankruptcy Dept.,    127 S. Sacramento St.,
               Sycamore, IL  60178-1726
10335155     +Student Finance Corp,    Attn: Bankruptcy Dept.,    261 Chapman Rd.,    Christiana, DE  19702-5423
10335138     +Swedish American Hospital,    Attn: Bankruptcy Department,    PO Box 4777,
               Rockford, IL  61110-4777
10335156      Verizon North,    c/o IC Systems,    444 Highway 96,    Saint Paul, MN  55127-2557

The following entities were noticed by electronic transmission on Aug 20, 2009.
10335147     +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                           Commonwealth Edison,
               Attn: System Credit/BK Dept,    2100 Swift Dr.,    Oak Brook, IL  60523-1559
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10335124*    +Grant Park Auto Sales,    Bankruptcy Department,    908 Broadway,    Rockford, IL  61104-4810
10335143*    +Rochelle Community Hospital,    Attn: Bankruptcy Dept.,    900 N. 2nd St,    Rochelle, IL  61068-1717
10335136*    +Rockford Mercantile Agency,    Attn: Bankruptcy Department,    2502 S. Alpine Rd.,
               Rockford, IL  61108-7813
10335152*    +Rockford Mercantile Agency,    Attn: Bankruptcy Department,    2502 S. Alpine Rd.,
               Rockford, IL  61108-7813
10335140*    +Swedish American Hospital,    Attn: Bankruptcy Department,    PO Box 4777,
               Rockford, IL  61110-4777
                                                                                             TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2              Date Rcvd: Aug 19, 2009
Case: 05-77436                 Form ID: pdf006            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2009**                              **Signature:**       /s/ Joseph Speetjens