# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| FANT, CHRISTOPHER SHAWN | § | Case No. 05-77436 |
| FANT, TINA ANN | § § § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 88,962.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 9,497.81 | Claims Discharged Without Payment: |
| Total Expenses of Administration: 76,659.22 | |

3) Total gross receipts of $ 100,003.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 13,846.26 (see **Exhibit 2**), yielded net receipts of $ 86,157.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 76,659.22 | 76,659.22 | 76,659.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | NA | 8,171.49 | 8,171.49 | 9,497.81 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 84,830.71 | $ 84,830.71 | $ 86,157.03 |

4) This case was originally filed under chapter 7 on 10/15/2005. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2009      By:/s/DANIEL M. DONAHUE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury | 1242-000 | 100,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.29 |
| TOTAL GROSS RECEIPTS | | $ 100,003.29 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher S. Fant and Tina A. Fant | Exemptions | 8100-002 | 7,500.00 |
| CHRISTOPHER SHAWN FANT AND | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,346.26 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 13,846.26 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 7,557.53 | 7,557.53 | 7,557.53 |
| AMERICAN FAMILY INSURANCE GROUP | 2990-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| LUNDHOLM SURGICAL GROUP | 2990-000 | NA | 4,753.50 | 4,753.50 | 4,753.50 |
| NORTHERN ILLINOIS IMAGING | 2990-000 | NA | 742.00 | 742.00 | 742.00 |
| OGLE COUNTY PHYSICAL THERAPY | 2990-000 | NA | 6,574.50 | 6,574.50 | 6,574.50 |
| SWEDISHAMERICAN HOSPITAL | 2990-000 | NA | 12,790.25 | 12,790.25 | 12,790.25 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 8,850.00 | 8,850.00 | 8,850.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 118.94 | 118.94 | 118.94 |
| DAVID D. TESS | 3210-600 | NA | 33,000.00 | 33,000.00 | 33,000.00 |
| DAVID D. TESS | 3220-610 | NA | 772.50 | 772.50 | 772.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 76,659.22 | $ 76,659.22 | $ 76,659.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLIED BUSINESS ACCOUNTS, INC. | 7100-000 | NA | 967.05 | 967.05 | 967.05 |
| ROCKFORD MERCANTILE AGENCY | 7100-000 | NA | 7,204.44 | 7,204.44 | 7,204.44 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLIED BUSINESS ACCOUNTS, INC. | 7990-000 | NA | NA | NA | 156.96 |
| ROCKFORD MERCANTILE AGENCY | 7990-000 | NA | NA | NA | 1,169.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ NA | $ 8,171.49 | $ 8,171.49 | $ 9,497.81 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No: 05-77436  MLB  Judge: MANUEL BARBOSA  
Case Name: FANT, CHRISTOPHER SHAWN  
FANT, TINA ANN  
For Period Ending: 10/26/09

Trustee Name: DANIEL M. DONAHUE  
Date Filed (f) or Converted (c): 10/15/05 (f)  
341(a) Meeting Date: 12/19/05  
Claims Bar Date: 03/20/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 69,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishings | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Child support arrearages | 12,552.00 | 0.00 | DA | 0.00 | FA |
| 7. 1997 Chevrolet Van | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. 1994 Chevrolet truck | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 1996 Pontiac Grand Prix | 1,710.00 | 0.00 | DA | 0.00 | FA |
| 10. Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Personal injury (u) | 180,000.00 | 100,000.00 | | 100,000.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.29 | FA |

TOTALS (Excluding Unknown Values)   $268,962.00   $100,000.00   $100,003.29   

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The personal injury matter has been settled for the sum of $100,000. It has not been approved by the court, however, trustee is working with special counsel to resolve the lien claims. It is expected that a Motion to Compromise will be filed within the next 60 days. After paying off the liens, the exemption claim and the expenses of special counsel, there will be about $15,000 in the estate.

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 12/31/09

LFORM1
UST Form 101-7-TDR (9/1/2009) (Page: 7)

Ver: 15.01

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-77436 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | FANT, CHRISTOPHER SHAWN | Bank Name: | BANK OF AMERICA, N.A. |
|  | FANT, TINA ANN | Account Number / CD #: | *******1237 MONEY MARKET |
| Taxpayer ID No: | *******4586 |  |  |
| For Period Ending: | 10/26/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/02/09 | 11 | COUNTRY MUTUAL INSURANCE COMPANY POB 2100 Bloomington, IL 61702 | SETTLEMENT PROCEEDS: PI CLAIM | 1242-000 | 100,000.00 |  | 100,000.00 |
| 07/15/09 | 001000 | David D. Tess Tess & Redington POB 68 Rochelle, IL 61068 | Attorney Fees | 3210-600 |  | 33,000.00 | 67,000.00 |
| 07/15/09 | 001001 | David D. Tess Tess & Redington POB 68 Rochelle, IL 61068 | EXPENSES: TRUSTEE'S ATTORNEY | 3220-610 |  | 772.50 | 66,227.50 |
| 07/15/09 |  | Transfer to Acct #*******1431 | Bank Funds Transfer | 9999-000 |  | 33,860.25 | 32,367.25 |
| 07/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 2.12 |  | 32,369.37 |
| 08/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 |  | 32,370.20 |
| 09/14/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 |  | 32,370.54 |
| 09/14/09 |  | Transfer to Acct #*******1431 | Final Posting Transfer | 9999-000 |  | 32,370.54 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 100,003.29 | 100,003.29 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 66,230.79 |  |
| Subtotal | 100,003.29 | 33,772.50 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 100,003.29 | 33,772.50 |  |

Page Subtotals  100,003.29  100,003.29

Ver: 15.01

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page 8)

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-77436 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | FANT, CHRISTOPHER SHAWN | Bank Name: | BANK OF AMERICA, N.A. |
| | FANT, TINA ANN | Account Number / CD #: | *******1431 GENERAL CHECKING |
| Taxpayer ID No: | *******4586 | | |
| For Period Ending: | 10/26/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/09 | | Transfer from Acct #*******1237 | Bank Funds Transfer | 9999-000 | 33,860.25 | | 33,860.25 |
| 07/15/09 | 000100 | Lundholm Surgical Group<br>1340 Charles St.<br>Rockford, IL 61104 | PAYMENT OF MEDICAL LIEN | 2990-000 | | 4,753.50 | 29,106.75 |
| 07/15/09 | 000101 | Ogle County Physical Therapy<br>8725 N. IL Route 2<br>Byron, IL 61010 | PAYMENT OF LIEN | 2990-000 | | 6,574.50 | 22,532.25 |
| 07/15/09 | 000102 | SwedishAmerican Hospital<br>1401 E. State St.<br>Rockford, IL 61104 | Payment of Lien | 2990-000 | | 12,790.25 | 9,742.00 |
| 07/15/09 | 000103 | American Family Insurance Group<br>6000 American Parkway<br>Madison, WI 53783-0001 | PAYMENT OF LIEN | 2990-000 | | 1,500.00 | 8,242.00 |
| 07/15/09 | 000104 | Northern Illinois Imaging<br>POB 1733<br>Rockford, IL 61110-0233 | Settlement Proceeds - medical | 2990-000 | | 742.00 | 7,500.00 |
| 07/15/09 | 000105 | Christopher S. Fant and Tina A. Fant | DEBTOR'S EXEMPTION | 8100-002 | | 7,500.00 | 0.00 |
| 09/14/09 | | Transfer from Acct #*******1237 | Transfer In From MMA Account | 9999-000 | 32,370.54 | | 32,370.54 |
| 09/24/09 | 000106 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 7,557.53 | 24,813.01 |
| 09/24/09 | 000107 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,850.00 | 15,963.01 |
| 09/24/09 | 000108 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 118.94 | 15,844.07 |
| 09/24/09 | 000109 | Allied Business Accounts, Inc.<br>Bankruptcy Department<br>PO Box 1600<br>Clinton, IA 52733 | Claim 000001, Payment 116.2% | | | 1,124.01 | 14,720.06 |
| | | | Claim 967.05 | 7100-000 | | | 14,720.06 |
| | | | Page Subtotals | | 66,230.79 | 51,510.73 | |

Ver: 15.01

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-77436 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | FANT, CHRISTOPHER SHAWN | Bank Name: | BANK OF AMERICA, N.A. |
| | FANT, TINA ANN | Account Number / CD #: | ******1431 GENERAL CHECKING |
| Taxpayer ID No: | ******4586 | | |
| For Period Ending: | 10/26/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest  156.96 | 7990-000 | | | 14,720.06 |
| 09/24/09 | 000110 | Rockford Mercantile Agency<br>Attn: Bankruptcy Department<br>2502 S. Alpine Rd.<br>Rockford, IL 61108 | Claim 000002, Payment 116.2% | | | 8,373.80 | 6,346.26 |
| | | | Claim  7,204.44 | 7100-000 | | | 6,346.26 |
| | | | Interest  1,169.36 | 7990-000 | | | 6,346.26 |
| * 09/24/09 | 000111 | CHRISTOPHER SHAWN FANT<br>104 S ELM ST<br>DAVIS JUNCTION, IL  61020-9405 | Surplus Funds | 8200-003 | | 6,346.26 | 0.00 |
| * 09/24/09 | 000111 | CHRISTOPHER SHAWN FANT<br>104 S ELM ST<br>DAVIS JUNCTION, IL  61020-9405 | Surplus Funds | 8200-003 | | -6,346.26 | 6,346.26 |
| 09/24/09 | 000112 | CHRISTOPHER SHAWN FANT AND<br>TINA ANN FANT<br>104 S ELM ST<br>DAVIS JUNCTION, IL  61020-9405 | Surplus Funds | 8200-002 | | 6,346.26 | 0.00 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 66,230.79 | 66,230.79 | 0.00 |
| Less:  Bank Transfers/CD's | 66,230.79 | 0.00 | |
| Subtotal | 0.00 | 66,230.79 | |
| Less:  Payments to Debtors | | 13,846.26 | |
| Net | 0.00 | 52,384.53 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| MONEY MARKET - ********1237 | 100,003.29 | 33,772.50 | 0.00 |
| GENERAL CHECKING - ********1431 | 0.00 | 52,384.53 | 0.00 |
| | 100,003.29 | 86,157.03 | 0.00 |

Page Subtotals  0.00  14,720.06

Ver: 15.01

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No | 05-77436 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name | FANT, CHRISTOPHER SHAWN | Bank Name: | BANK OF AMERICA, N.A. |
| | FANT, TINA ANN | Account Number / CD #: | ******1431 GENERAL CHECKING |
| Taxpayer ID No: | ******4586 | | |
| For Period Ending: | 10/26/09 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) (Excludes Account Transfers) | Disbursements ($) (Excludes Payments To Debtors) | Account / CD Balance ($) Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.01

UST Form 101-7-TDR (9/1/2009) (Page: 11)

**Bank of America**

HH

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number        4429751431
01 01 148 06 M0000 E#         6
Last Statement:       08/31/2009
This Statement:       09/30/2009

ESTATE OF
FANT, CHRISTOPHER SHAWN, DEBTOR
FANT, TINA ANN, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
05-77436
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page         1 of     2

Bankruptcy Case Number:0577436

You must not use your account for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act 31 U.S.C. Section 5361 et. seq.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 09/01/2009 - 09/30/2009 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits         1 | Amount of Deposits/Credits | 32,370.54 |
| Number of Checks                   6 | Amount of Checks | 32,370.54 |
| Number of Other Debits             0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures               6 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/15 | | 32,370.54 | 04429751237->04429751431 | 099250001 23 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 106 | 7,557.53 | 09/24 | 9192601941 | 109 | 1,124.01 | 09/30 | 8892211166 |
| 107 | 8,850.00 | 09/24 | 9192601942 | 110 | 8,373.80 | 09/29 | 7192809471 |
| 108 | 118.94 | 09/24 | 9192601943 | 112* | 6,346.26 | 09/29 | 6082800916 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | .00 | .00 | 09/29 | 1,124.01 | 1,124.01 |
| 09/15 | 32,370.54 | 32,370.54 | 09/30 | .00 | .00 |
| 09/24 | 15,844.07 | 15,844.07 | | | |

* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.